**Motion Granted in Part; Order filed November 20, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00371-CR

_____

**CHRISTOPHER JAMES STOERNELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 262nd District Court
Harris County, Texas
Trial Court Cause No. 1397932**

## ORDER

Appellant filed a motion pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), requesting the filing of **Defendant's Exhibits 1 and 2, voluntary statements, admitted in the hearing on the motion to dismiss indictment.** The motion is granted in part.

The clerk of the 262nd District Court is directed to deliver to the clerk of this court the original of Defendant's Exhibits 1 and 2, voluntary statements, admitted in the hearing on the motion to dismiss indictment, on or before **December 5, 2014.** The clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of Defendant's Exhibits 1 and 2, voluntary statements, admitted in the hearing on the motion to dismiss indictment, to the clerk of the 262nd District Court.

PER CURIAM